# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

**THE TRAVELERS INDEMNITY COMPANY,**
**successor in interest by merger to Gulf Insurance**
**Company,**

     **Plaintiff,**

**v.**

**LITTLE RASCALS CONCRETE CO., et al.,**

     **Defendants.**

Civil Action No.
06-3109 (WJM)


**ORDER**


Judge Mark Falk filed a Report and Recommendation on August 2, 2007, recommending that this Court strike Defendants' answer and enter a default judgment against them pursuant to Federal Rule of Civil Procedure 16(f) for failing to comply with orders requiring Defendants to participate in this case.  Judge Falk notified the parties that they had ten days to submit objections or responses to the Report and Recommendation.  No objections or responses having been received by this Court, this Court having reviewed the Report and Recommendation, and good cause appearing,

     **IT IS** on this 7th day of September 2007, hereby

     **ORDERED** that the Report and Recommendation of Magistrate Judge Mark Falk is adopted as the Opinion of this Court; and it is further

     **ORDERED** that the Defendants' answer be stricken; and it is further

     **ORDERED** that default judgment be entered against Defendants; and it is further

     **ORDERED** that within thirty days the parties submit evidence to this Court on the matter

of damages.


s/ William J. Martini
**William J. Martini, U.S.D.J.**


cc:    The Hon. Mark Falk, U.S.M.J.